**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL NO: 2:18-cr-00335-UDJ-KK** |
| **v.** | **JUDGE ZAINEY** |
| **VJACESLAVS BIRZAKOVS** | **MAG. JUDGE: KATHLEEN KAY** |
| **Defendant.** | |

**MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE**

MAY IT PLEASE THE COURT:

Defendant, Vjaceslavs Birzakovs, files this opposition to the Government's Motion in Limine concerning the expert testimony of Captain Marc Fazioli. Until this point, the parties have worked together well concerning discovery matters.

As demonstrated in government counsel's e-mails dated April 18, 2019, there was confusion concerning the expert report deadline and government counsel believed the deadline was April 30, 2019. See Exhibit A. This is the type of thing that occurs in every case, and counsel work through these things professionally and in good faith.

However, the defense repeatedly asked the government if it intended to call an expert witness and received vague and unresponsive answers. The defense acknowledges that the government likes to keep its cards close to the vest, but undersigned counsel repeatedly sought to have some clearer understanding of what, if any, expert witness testimony the government may introduce at trial, to no avail. It was not until the April 25th deadline that the government disclosed that they intended to call their expert witness, Coast Guard Commander Cost.

On the same date, undersigned counsel filed its disclosure concerning their expert, Captain Fazioli, along with his CV. In large measure, Captain Fazioli may testify to rebut the opinions of

Cdr. Cost which the defense did not have until that date. See Exhibit B and C. Undersigned counsel immediately advised the government that it fully intended to supplement its disclosure relative to Captain Fazioli in the next few days. See Exhibit D. This was followed up with subsequent e-mails advising the government of counsel's progress. See Exhibit E.

Four business days later, the defense supplemented its disclosure fully and in good faith with the attached report of Capt. Fazioli. See Exhibit F. The report is detailed and well-supported. Captain Fazioli will attend the trial, listen to the testimony, and will be prepared to address issues within the ambit of his expertise and consistent with his expressed opinions if necessary at trial. As in all criminal trials, no one knows for certain what the witnesses will testify or how the facts will emerge at trial.

However, undersigned counsel can state that the defense complied with its discovery obligations fully and in good faith. The defense has provided the government a more fulsome and detailed expert opinion than he ever received in twenty years as a prosecutor, and the government's complaints here are shrill and unwarranted. The government has seventeen days until trial and is not prejudiced in the slightest. They would be better served preparing for trial than filing petulant motions.

Respectfully submitted,

*<u>/s/ Michael W. Magner</u>*
MICHAEL W. MAGNER (#01206)
THOMAS C. WICKER, IV (#37955)
JONES WALKER LLP
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Telephone No.: (504) 582-8316
Facsimile No.: (504) 589-8316
mmagner@joneswalker.com
twicker@joneswalker.com

*Counsel for Defendant, Vjaceslavs Birzakovs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court of the United States District Court for the Western District of Louisiana by using the CM/ECF system, this 3rd day of May, 2019.

*/s/ Michael W. Magner*