RECEIVED
MAY 23 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL No. 2:18-cr-335** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **VJACESLAVS BIRZAKOVS**<br>Defendant | **MAG. JUDGE KAY** |

## JURY VERDICT FORM

1. How do you find the defendant on Count 1?

    ____✓____  Not Guilty

    _____  Guilty


2. How do you find the defendant on Count 2?

    ____✓____  Not Guilty

    _____  Guilty


3. How do you find the defendant on Count 3?

    ____✓____  Not Guilty

    _____  Guilty


4. How do you find the defendant on Count 4?

    ____✓____  Not Guilty

    _____  Guilty


5. How do you find the defendant on Count 5?

    ____✓____  Not Guilty

    _____  Guilty

1

6. How do you find the defendant on Count 6?

    ✓     Not Guilty

         Guilty

SO SAY WE ALL,

**REDACTED**

5/23/19
DATE

2